UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

08 MAY -9 AM 10:28          '08 MJ 1466

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) Magistrate Docket No. |
| Plaintiff, | ) |
| | ) COMPLAINT FOR VIOLATION OF: |
| v. | ) |
| | ) Title 8, U.S.C., Section 1326 |
| **Jose Benito CASTILLO-Puentes,** | ) Deported Alien Found in the |
| | ) United States |
| Defendant | ) |

The undersigned complainant, being duly sworn, states:

On or about **May 8, 2008** within the Southern District of California, defendant, **Jose Benito CASTILLO-Puentes,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James E. Bailey
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 9th DAY OF **MAY 2008**

Louisa S. Porter
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
Jose Benito CASTILLO-Puentes

## PROBABLE CAUSE STATEMENT

On May 8, 2008 at approximately 8:30 a.m., Border Patrol Agent P. Marquez was performing line watch duties near Jacumba, California. This area is approximately 25 miles east of the Tecate, California Port of Entry and directly north of the United States/Mexico International Border. While patrolling the area, Agent Marquez observed six individuals walking south towards the "Old Port" on the border road.

Agent Marquez approached the six individuals and identified himself as a United States Border Patrol Agent, and questioned the individuals as to their citizenship. All subjects, including one later identified as the defendant **Jose Benito CASTILLO-Puentes**, stated that they were citizens of Mexico and that they had entered the United States illegally that day at approximately 3:30 a.m. They also admitted that they did not possess any immigration documents that would allow them to be or remain in the United States legally. At approximately 8:30 a.m., Border Patrol Agent Philip Marquez placed the six subjects, including the defendant, under arrest and transported them to the Boulevard Border Patrol station for further processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **April 8, 2008** through **Calexico, California.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.